UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER GALLOWAY,

               Plaintiff,                       Case No. 2:25-cv-10118

v.                                      District Judge Brandy R. McMillion
                                          Magistrate Judge Anthony P. Patti

RAPHAEL WASHINGTON, *et al.*,

               Defendants.

_____/

## ORDER EXTENDING DEADLINE TO FILE AN AMENDED COMPLAINT

The Court's April 4, 2025 order required Plaintiff Galloway to, no later than **May 3, 2025:  (1)** make clear his current contact information, *see* E.D. Mich. LR 11.2 ("Failure to Provide Notification of Change of Address"); **(2)** inform the Court, in writing, as to whether he intends to continue prosecuting this case; **and**, if the answer is "yes," **(3)** file an amended complaint in Case No. 2:25-cv-10118-BRM-APP (E.D. Mich.), limited to his specific claims and making clear not only which individuals or entities he is suing but also which claims he is making (*e.g.*, citing the particular statutes or constitutional provisions) against each specified Defendant.

The Clerk of the Court served copies of this order on April 4, 2025 to Plaintiff Galloway's then address of record (WAYNE COUNTY JAIL - DIVISION 1, 570 CLINTON STREET, DETROIT, MI 48226) and on April 15,

1

2025 to the MDOC's KCF (4533 W. Industrial Park Drive, Kincheloe, MI 49788).

The copy mailed to WCJ was returned as undeliverable (ECF No. 40); however, it

seems Plaintiff received the copy mailed to KCF, because, by a letter – dated April

27, 2025, post-marked May 1, 2025, and filed May 6, 2025 – Plaintiff has

informed the Court that his current address is KCF and that he intends on

continuing to prosecute this case (ECF No. 41).

 Although Plaintiff did not submit the required amended complaint, the Court

notes Plaintiff's claim that he did not receive the order until 21 days after it was

served (on or about April 25, 2025).  (ECF No. 41, PageID.407.)  Upon

consideration, Plaintiff **SHALL** have up to and including **Monday, June 30, 2025**

by which to file an amended complaint in Case No. 2:25-cv-10118-BRM-APP

(E.D. Mich.), limited to _his_ specific claims and making clear not only which

individuals or entities _he_ is suing but also which claims _he_ is making (_e.g._, citing

the particular statutes or constitutional provisions) against each specified

Defendant.

 When drafting an amended complaint, Plaintiff's attention is drawn to Fed.

R. Civ. P. 8(a) ("Claim for Relief.") and Fed. R. Civ. P. 10 ("Form of Pleadings").

Plaintiff might also consider making use of this district's form Complaint for a

Civil Case, which is available via the Court's website (www.mied.uscourts.gov).

Moreover, "[a]ny amendment to a pleading, whether filed as a matter of course or

upon a motion to amend, must, except by leave of court, reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference." E.D. Mich. LR 15.1.

Plaintiff Galloway is **HEREBY WARNED** that <u>a failure to comply with this order may result in a report and recommendation that the Court dismiss his particular lawsuit with prejudice</u>.

**IT IS SO ORDERED.**[1]

Dated:  May 27, 2025

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).

3